UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

------------------------------------------------------------ X

**IN RE YASMIN AND YAZ (DROSPIRENONE) MARKETING, SALES PRACTICES AND RELEVANT PRODUCTS LIABILITY LITIGATION**

: **3:09-md-02100-DRH-PMF**

: **MDL No. 2100**

:

: **ORDER**

------------------------------------------------------------

:

**This Document Relates to:**

**Judge David R. Herndon**

*Ruddy v. Bayer Schering Pharma Ag. Et al.,* **No. 3:10-cv-13435**

_____

This matter is before the Court on Plaintiff's motion, pursuant to Administrative Order 116, for refund of duplicate filing fee (Doc. 10). Upon consideration of Plaintiff's motion, the Court **ORDERS** as follows:

Plaintiff's motion for refund of duplicate filing fee is **GRANTED**.

Accordingly, the Clerk is instructed to refund movant for the duplicate charge in the amount of $350.00.

SO ORDERED:

David R. Herndon
2011.01.28 15:45:49
-06'00'

Chief Judge
United States District Court

DATE:  January 28, 2011